```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 07 B 12061
   ANNETTE M FOX
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA
         Debtor
   SSN XXX-XX-8701
```

---
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/06/07 and confirmed on 11/20/07.

2. The case was dismissed after confirmation, 08/28/2008.

3. The Debtor paid a total of $ 10418.58 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PHH MORTGAGE FKA CENDANT | CURRENT MORTG | .00 | .00 | .00 |
| MORTGAGE SERVICE CENTER | SECURED | .00 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 6311.06 | .00 | 613.09 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 10883.48 | .00 | 1057.28 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9954.21 | .00 | 967.00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4459.67 | .00 | 433.24 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| B REAL LLC | UNSECURED | 9197.84 | .00 | 893.53 |
| B REAL LLC | UNSECURED | 8500.23 | .00 | 825.76 |
| B REAL LLC | UNSECURED | 8208.53 | .00 | 797.42 |
| B REAL LLC | UNSECURED | 7714.10 | .00 | 749.39 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 203.25 | .00 | 19.74 |
| B REAL LLC | UNSECURED | 504.95 | .00 | 49.04 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 8155.33 | .00 | 792.25 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1184.99 | .00 | 115.12 |
| PAYDAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 2050.78 | .00 | 199.23 |
| ILLINOIS DEPT REVENUE | UNSECURED | 202.80 | .00 | 19.71 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | 2050.78 | 75480.44 | .00 | 77531.22 |
| PRINCIPAL PAID | .00 | 199.23 | 7332.57 | .00 | 7531.80 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |

```
TOTAL PAID                           .00      199.23       7332.57             .00       7531.80
```
The Debtor's attorney, JOSEPH P DOYLE                  , was allowed $   3000.00
and was paid $     686.00   direct and $    2314.00   through the plan.

The Trustee received $      572.78 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 11/13/08                    /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE